Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Civil Division

Leo Dion Washington

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

David J. Shulkin, Secretary
Department of Veterans Affairs,

Et al., (See Attached)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C: **1:17-cv-08290**
**Judge  Sharon Johnson Coleman**
**Magistrate Judge Michael T. Mason**



**FILED**

**NOV 15 2017**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Leo Dion Washington, Contracting Officer |
| Street Address | 6660 S. Brainard #310 |
| City and County | Countryside (Cook) |
| State and Zip Code | Illinois 60525 |
| Telephone Number | 630 418 7479 |
| E-mail Address | LDLEO7@Yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | David J. Shulkin |
| Job or Title *(if known)* | Secretary, Department of Veterans Affairs |
| Street Address | 810 Vermont Avenue, N.W. |
| City and County | Washington |
| State and Zip Code | D.C. |
| Telephone Number | 202 461 4808 |
| E-mail Address *(if known)* | David.Shulkin@va.gov |

Defendant No. 2

| | |
|---|---|
| Name | Jan Frye |
| Job or Title *(if known)* | Deputy Assistant Secretary (Senior Procurement Executive) |
| Street Address | 810 Vermont Avenue, N.W. |
| City and County | Washington |
| State and Zip Code | D.C. |
| Telephone Number | 202 461 6920 |
| E-mail Address *(if known)* | Jan.Frye@va.gov |

Defendant No. 3

| | |
|---|---|
| Name | Craig Robinson |
| Job or Title *(if known)* | Associate Executive Director, NAC (HCA) |
| Street Address | Building 37, 1st Avenue 1 Block North of Cermak |
| City and County | Hines (Cook) |
| State and Zip Code | Illinois 60141 |
| Telephone Number | 708 786 5157 |
| E-mail Address *(if known)* | Craig.Robinson@va.gov |

Defendant No. 4

| | |
|---|---|
| Name | Sandra Murbach |
| Job or Title *(if known)* | Director, Business Resources Services, NAC |
| Street Address | Building 37, 1st Avenue 1 Block North of Cermak |
| City and County | Hines (Cook) |
| State and Zip Code | Illinois 60141 |
| Telephone Number | 708 786 5141 |
| E-mail Address *(if known)* | Sandra.Murbach@va.gov |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

PL 105 270 § 5; 5 USC § 558; 5 USC Chapter 7; 42 USC § 1983; 42 USC § 1985; and 41 USC § 1707; Federal Acquisition Regulation (FAR 1.603-4); VA Acquisition Regulation (VAAR 801.690-7)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Department of Veterans Affairs, Office of Procurement, Acquisition, and Logistics
National Acquisition Center, Federal Supply Schedule Service (VA NAC FSS)
P.O. Box 76 Building 37
Hines, Illinois 60141

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur?
July 2016 to Present

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. July 2016 to Present: Department of Veterans Affairs without notice, or due process, engaged in illegal/adverse actions to obstruct/deny federal officers (contracting officers) access to the Electronic Contract Management System (eCMS), contravening USC, FAR, and VAAR requirements regarding warrant authority.

2. July 2016 to Present: VA Acquisition Human Capital Managment Service (AHCMS) has engaged in illegal/adverse actions and policies regarding Federal Acquisition Certification in Contracting (FAC C) which have obstructed contracting officers warrant authority.

3. July 2016 to Present: Sandra Murbach, Director, National Acquisition Center Business Resource Service (BRS)/Acquisition Human Capital Management Services, via illegal adverse actions, so ordered or caused management analysts to obstruct contracting officer award functions and data reporting in both the Electronic Contract Management System (eCMS) and National Acquisition Center Contract Management database (NAC CM).

4. December 2016 to Present: Craig Robinson, Executive Director, National Acquisition Center, under an abuse of authority, refuses to process warrant application without just cause, resulting in contract award and modification delays. (Jan Frye, Deputy Assistant Secretary, holds these illegal/adverse actions as managerially "enforceable").

5. December 2016 to Present: VA National Acquisition Center, Federal Supply Schedule Service, Acting Director William Satterfield illicitly changed contract information within the National Acquisition Center Contract Management (NAC CM) database causing dely to four (4) or more contract awards.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Public contracts, public contract modifications, and contractor relations under the purview of the contracting officer are already irreparably damaged thus far due to retaliatory and adverse actions of the agency.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prayer for immediate, unfettered award function access to the Electronic Contract Management System (eCMS) for the undersigned Federal Officer (Contracting Officer);

Prayer for written admonishment of agency management regarding obstruction of said contracting officer;

Prayer for agency to cease and desist data manipulation and data entry obstruction by any personnel when such data is initially entered by assigned Administrative Contracting Officer into the National Acquisition Center Contract Management (NAC CM) database;

Prayer for written admonishment of agency management regarding the egregious disregard of US Code (Administrative Procedure Act) pertaining to licensure for a continuing power/authority (warrant);

Prayer for written admonishment of agency management for ignoring Federal Acquisition Regulation (FAR) pertaining to warrant authority;

Prayer for written admonishment of agency management regarding the misapplication of the Veterans Affairs Acquisition Regulation (VAAR) pertaining to warrant authority;

Prayer to direct agency to define/develop a concrete licensure period for warrant issuance per the Administrative Procedure Act;

Prayer for immediate review of said contracting officer current warrant application and determination following USC, FAR, and VAAR guidance;

Prayer for agency to determine and consider adverse impact of aforementioned adverse actions/obstruction on the contracting officer during the FY17 performance evaluation period;

Prayer for reimbursement of court costs/fees related to filing the injunction by the agency.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            11/15/2017

Signature of Plaintiff

Printed Name of Plaintiff     Leo Dion Washington

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

OTHER Agency Defendants:

Sheila Darrell, Acting DSPE/Director, Procurement Policy & Warrant Management Service
425 I Street NW, Rm. 7W102 (003A2A)
Washington, D.C. 20001

Thomas Burgess, ADAS, Procurement Policy, Systems, and Oversight
425 I Street NW, Rm. 7W102 (003A3)
Washington, D.C. 20001
202 461 6872

Philip Parker, Deputy Director, VA Procurement Policy & Warrant Management Service
425 I Street NW, Rm. 7W102 (003A2A)
Washington, D.C. 20001

William Satterfield, Acting Director/Chief, Federal Supply Schedules Service
Bldg 37 1st Avenue, 1 Block North of Cermak
Hines, Illinois 60141
(708) 786 4255

James Booth, Chief, Federal Supply Schedules Service
Bldg 37 1st Avenue, 1 Block North of Cermak
Hines, Illinois 60141
(708) 786 5123

# END OF DOCUMENT